# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 06-04963 PSH | Trustee: | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|
| Case Name: | KNOX, VINCENT L | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | \*\*\*-\*\*\*\*\*61-65 - Money Market Account |
| Taxpayer ID #: | 13-7588308 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 06/09/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/21/08 | {5} | MetLife | Cash surrender of policy 967404546A | 1129-000 | 4,215.93 | | 4,215.93 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.11 | | 4,216.04 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.78 | | 4,216.82 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.58 | | 4,217.40 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.52 | | 4,217.92 |
| | | | ACCOUNT TOTALS | | 4,217.92 | 0.00 | $4,217.92 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 4,217.92 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $4,217.92 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*61-65 | 4,217.92 | 0.00 | 4,217.92 |
| | $4,217.92 | $0.00 | $4,217.92 |


EXHIBIT C