**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 7 CASE** |
| **KNOX, VINCENT L** | ) | |
| | ) | **CASE NO. 06 B 04963** |
| | ) | |
| | ) | **JUDGE PAMELA S. HOLLIS** |
| **Debtor(s)** | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

    At:   U.S. BANKRUPTCY COURT
          219 S. Dearborn, Courtroom 644
          Chicago, Illinois 60604

    on:   **January 13, 2009**
    at:   **10:30 a.m.**

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The Trustee's Final Report shows total:

    a. Receipts                                    $       4,218.98

    b. Disbursements                               $           0.00

    c. Net Cash Available for Distribution$       4,218.98


4.   Applications for administration fees and expenses have been filed as follows:

                                   Compensation    Fees Now    Expenses

| Applicant | | Previously Paid | Requested | | Now Requested |
|---|---|---|---|---|---|
| Trustee | $ | 0.00 | $ 1,054.48 | $ | |
| Trustee | $ | 0.00 | $ | $ | 82.40 |
| Trustee's Attorney | $ | 0.00 | $ 1,500.00 | $ | |
| US Bankruptcy Court | $ | 0.00 | $ | $ | 250.00 |
| Trustee's Firm Legal | $ | 0.00 | $ | $ | 18.27 |

5.   In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

6.   Claims of general unsecured creditors totaling $18,633.62, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be $7.05%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Capital Recovery One | $ 273.90 | $ 19.31 |
| 2 | Capital Recovery One | $ 2,482.10 | $ 175.01 |
| 3 | Recovery Management Systems Corporation | $ 589.46 | $ 41.56 |
| 4 | Capital Recovery One | $ 2,153.04 | $ 151.81 |
| 5 | Chase Bank USA, N.A. | $ 1,701.65 | $ 119.98 |
| 6 | Citibank(South Dakota) NA | $ 608.40 | $ 42.90 |
| 7 | Citibank USA NA | $ 5,416.20 | $ 381.89 |
| 8 | HSBC Bank Nevada NA / HSBC Card Services III | $ 5,408.87 | $ 381.37 |

7.   Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.  Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:


Dated: **November 21, 2008**   For the Court,


By: **KENNETH S. GARDNER**
    Kenneth S. Gardner
    Clerk of the United States Bankruptcy Court
    219 S. Dearborn Street, 7th Floor
    Chicago, IL  60604

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 2                  Date Rcvd: Nov 21, 2008
Case: 06-04963                Form ID: pdf002              Total Served: 37

The following entities were served by first class mail on Nov 23, 2008.
db           +Vincent L Knox,    9613 S Dobson,    Chicago, IL 60628-1602
aty          +James L Hardemon,    Legal Remedies, Chartered,    8527 S Stony Island,    Chicago, IL 60617-2247
aty          +Richard G. Fonfrias,    Legal Remedies,    53 West Jackson Suite 409,    Chicago, IL 60604-3410
aty          +Sharanya Gururajan,    Leibowitz Law Center,    420 West Clayton Street,    Waukegan, IL 60085-4216
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
10720034      American Dream Card/ Master Card,    PO Box 22128,    Tulsa, OK 74121-2128
10720035     +BP/Citi,    P.O. Box 6003,    Hagerstown, MD 21747-6003
10720038     +CBUSASEARS,    PO Box 6189,    Sioux Falls, SD 57117-6189
10720037     +CarMax Financial,    2040 Thalbro Street,    Richmond, VA 23230-3200
10720039     +Chase,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
10799274     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
11636220     +Chase Home Finance, LLC,    c/o Pierce & Associates, P.C.,    1 North Dearborn, Suite 1300,
               Chicago, IL 60602-4331
10720040     +Chase Manhattan Mortgag,    10790 Rancho Bernard,    San Diego, CA 92127-5705
10720041      Cingular Wireless,    PO Box 6428,    Carol Stream, IL 60197-6428
10720042     +Citgo/Citi,    P.O. Box 6003,    Hagerstown, MD 21747-6003
10900626     +Citibank USA NA,    POB 182149,    Columbus, OH 43218-2149
10885666      Citibank(South Dakota) NA,    Assoc/BP AMOCO Payment Center,    470=40 121st Street,
               Urbandale IA 50323-2402
10720044     +GEMB/Exxxon Mobile,    P.O. Box 981400,    El Paso, TX 79998-1400
10911871      HSBC Bank Nevada NA / HSBC Card Services III,    by eCAST Settlement Corporation,    as its agent,
               POB 35480,    Newark NJ 07193-5480
10720046     +HSBC NV,    16430 N Scottsdale R,    Scottsdale, AZ 85254-1518
10720047     +HSBC/ MNRDS,    90 Christiana Rd,    New Castle, DE 19720-3118
10720048      Kid Care,    PO Box 19121,    Springfield, IL 62794-9121
10720049     +LTD Financial Services,    7322 Southwest Freeway #1600,    Houston, TX 77074-2053
10720050     +National Financial Systems,    600 W. John Street,    PO Box 9046,    Hicksville, NY 11802-9046
10720051      Pentagroup Financial,    5959 Corporate Drive,    Horsham, PA 19044
10720052     +Shell/Citi,    P.O. Box 6003,    Hagerstown, MD 21747-6003
10720053     +Washington Mutual/ Prividian,    4900 Johnson Dr.,    Pleasanton, CA 94588-3308
10720054     +Washington Mutual/ Providian,    PO Box 9180,    Pleasanton, CA 94566-9180

The following entities were served by electronic transmission on Nov 22, 2008.
10720033     +Fax: 703-433-7292 Nov 22 2008 02:32:15      America Online,    PO Box 30622,    Tampa, FL 33630-3622
12407642     +E-mail/PDF: rmscedi@recoverycorp.com Nov 22 2008 02:45:37      Capital Recovery One,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
10720043     +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2008 02:30:43      GEMB/ Sams Club,    PO Box 981400,
               El Paso, TX 79998-1400
10720045     +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2008 02:30:43      GEMB/JCP,    P.O. Box 984100,
               El Paso, TX 79998-4100
12390238      E-mail/PDF: rmscedi@recoverycorp.com Nov 22 2008 02:45:37
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
10784373     +E-mail/PDF: rmscedi@recoverycorp.com Nov 22 2008 02:45:39
               Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM’S CLUB,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10784372     +E-mail/PDF: rmscedi@recoverycorp.com Nov 22 2008 02:45:38
               Recovery Management Systems Corporation,    For GE Money Bank,    dba EXXON MOBIL,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10777763     +E-mail/PDF: rmscedi@recoverycorp.com Nov 22 2008 02:45:38
               Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10784371     +E-mail/PDF: rmscedi@recoverycorp.com Nov 22 2008 02:45:39
               Recovery Management Systems Corporation,    For GE Money Bank,    dba WAL-MART,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10720036      Capital One Bank,    1270246
aty*         +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
                                                                                              TOTALS: 1, * 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Nov 21, 2008
Case: 06-04963                Form ID: pdf002          Total Served: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 23, 2008**                    **Signature:**     *Joseph Speetjens*